UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DELANO A. MIDDLETON,                )
                                    )
            Plaintiff,              )
                                    )
v.                                  )            CV423-cv-356
                                    )
CHATAHAM COUNTY, *et al.*,          )
                                    )
            Defendants.             )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 17), to which no objections have been filed.  Accordingly, the Report and Recommendation is **ADOPTED**. (Doc. no. 17.)  Middleton's Complaint is **DISMISSED** as duplicative.  (Doc. no. 1; <u>see also</u> doc. no. 17 at 14-18.)  The Clerk is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this ⟨14th⟩ day of August, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA